IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEVON TERRY, <br><br> Plaintiff, <br><br> v. <br><br> STEPHANIE WAGONEER, DAVID BOGART, DARIN M. WELLS, ILLINOIS DEPARTMENT OF CORRECTIONS, and VANDALIA CORRECTIONAL CENTER, <br><br> Defendants. | Case No. 20-cv-812-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

On August 21, 2020, Plaintiff Levon Terry was instructed to file a Notice and Consent to Proceed Before a Magistrate Judge Jurisdiction Form (Doc. 7). He was given 21 days to comply with the notice but failed to do so. On September 14, 2020, a second notice was entered instructing Terry to return the Notice and Consent form within seven days (Doc. 8). He was warned that his failure to respond could result in sanctions. He again failed to return the form.

On September 28, 2020, the Court entered an order to show cause why sanctions should not be imposed for his repeated failure to submit his consent form (Doc. 9). Terry was given until October 13 to respond to the Order (*Id.*). Again, he failed to respond.

Simply put, Terry has failed to comply with the Court's Orders. He has ignored several notices, despite a warning that a failure to respond would result in sanctions. He

also failed to respond to the Court's show cause order and the time for responding has long since passed. He was warned that his failure to respond would result in sanctions. The Court finds that dismissal is an appropriate sanction because Terry is seeking to proceed in this case as a pauper and has no income or savings to pay a monetary sanction (Doc. 3). The Court also finds that dismissal is warranted because Terry has failed to prosecute his claims by his continual failure to respond to orders of this Court. *See* Federal Rule of Civil Procedure 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

Accordingly, the Complaint is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to close the case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**   December 8, 2020

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**